SEALED

BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2767

FILED

DEC 20 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   Case No. 2:12-CR-448 KJM
                                     )
         Plaintiff,                  )   **ORDER TO SEAL**
                                     )   **(Under Seal)**
    v.                               )
HEATHER MOSES,                       )
                                     )
         Defendant.                  )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Jared C. Dolan to seal the indictment, and this Order, in the above-referenced case, shall be sealed until further order of this Court.

DATED: December 20, 2012

                                     _____
                                     ALLISON CLAIRE
                                     United States Magistrate Judge

3