FILED
January 31, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-cr-00448-KJM |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| HEATHER MOSES, ) | PERSON IN CUSTODY |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release HEATHER MOSES, Case No. 2:12-cr-00448-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on Personal Recognizance

____   Bail Posted in the Sum of: $

   ____   Co-Signed Unsecured Appearance Bond

   ____   Secured Appearance Bond

   __X__   (Other) Conditions as stated on the record.

   ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  1/31/2013  at  12:01 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge