SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
HEATHER MOSES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  2:12-CR-00448 TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING** |
| | ) | **STATUS CONFERENCE** |
| v. | ) | |
| | ) | |
| HEATHER MOSES, | ) | |
| | ) | DATE: June 13, 2013 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | COURT: Hon. Troy L. Nunley |

### Stipulation

The government and defendant Heather Moses, through undersigned counsel, stipulate that the status conference, scheduled for June 13, 2013, may be continued to August 1, 2013, at 9:30 a.m. The government has provided the defense approximately 2,500 pages of relevant discovery as well as recorded statements. Moreover, the prosecution has recently complied with an informal request for additional discovery and defense counsel is reviewing this new material and must further review the new material with defendant. As such, the additional time requested in this stipulation is necessary so defense counsel can review the discovery and conduct investigation.

Further, both parties agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the

1

public and the defendant in a speedy trial.  As such, the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The prosecutor has authorized the defense counsel for Heather Moses to sign this stipulation on his behalf.


DATED: June 6, 2013                    BENJAMIN WAGNER
                                       United States Attorney

                                by     /s/ Jared Dolan
                                       Jared Dolan
                                       Assistant U.S. Attorney

DATED: June 6, 2013
                                by     /s/ Jared Dolan for
                                       Scott N. Cameron
                                       Counsel for Heather Moses


                                  **ORDER**

Good cause appearing,

The status conference, scheduled for June 13, 2013, is continued to August 1, 2013, at 9:30 a.m.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial in this case.  Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.


IT IS SO ORDERED.


DATED: June 11, 2013

                                       _____
                                       Troy L. Nunley
                                       United States District Judge