SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
HEATHER MOSES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>HEATHER MOSES,<br><br>　　　　　　　Defendant, | CASE NO.  12-CR-00448 TLN<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO MODIFY CONDITIONS**<br>**OF PRETRIAL RELEASE** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant HEATHER MOSES, by and through her counsel of record, hereby stipulate that item 11 of the "Special Conditions of Release" (ECF No. 14) may be **deleted**.  Item six reads as follows:

> You shall not associate or have any contact with Mandy Rice or any related case defendants, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.

///

///

///

///

1

The Pretrial Services Department has been consulted regarding this stipulation and has no objection. The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

IT IS SO STIPULATED.

DATED:     October 17, 2014

/s/ Jared Dolan
Jared Dolan
Assistant United States Attorney

DATED:     October 17, 2014

/s/ Scott Cameron
SCOTT N. CAMERON
Counsel for HEATHER MOSES

**O R D E R**

IT IS SO FOUND AND ORDERED this _____20th day of October, 2014.

/s/ Carolyn K. Delaney_____
HONORABLE CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2