SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
HEATHER MOSES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>HEATHER MOSES,<br><br>　　　　　　　　Defendant, | CASE NO.  2:12-CR-00448 TLN<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant HEATHER MOSES, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 4, 2014, at 9:30 a.m.

2. By this stipulation, defendant now moves to continue the status conference until January 29, 2015, at 9:30 a.m., and to exclude time between December 4, 2014, and January 29, 2015, under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has produced approximately 2,500 pages of discovery to the defense.

b. Defense counsel desires additional time to review the document discovery, consult

1

with his client regarding the discovery, conduct investigation, and to discuss potential resolution with his client and the government.

 c. The defense provided the government with certain discovery and information in an effort to demonstrate mitigation. This resulted in the government conducting further investigation which is now complete. The parties are now working toward a negotiated resolution.

 d. The government is preparing a plea agreement which will need to be reviewed by defense counsel and defendant.

 e. Counsel for defendant believes that failure to grant the above-requested continuance would deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

 f. The government does not object to the continuance.

 g. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

 h. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 4, 2014, 2014, to January 29, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**(THIS SPACE INTENTIONALLY LEFT BLANK)**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: December 1, 2014

/s/ Jared Dolan
Jared Dolan
Assistant United States Attorney

DATED: December 1, 2014

/s/ Scott Cameron
SCOTT N. CAMERON
Counsel for HEATHER MOSES

**O R D E R**

IT IS SO FOUND AND ORDERED this 1st day of December, 2014.

_____
Troy L. Nunley
United States District Judge

3