SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
HEATHER MOSES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>HEATHER MOSES,<br><br>　　　　　　　　　Defendant, | CASE NO.  2:12-CR-00448 TLN<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |

**STIPULATION**

　　　　Plaintiff, United States of America, by and through its counsel of record, and defendant HEATHER MOSES, by and through her counsel of record, hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for status on August 27, 2015, at 9:30 a.m.

　　　　2.　　By this stipulation, defendant now moves to continue the status conference until October 8, 2015, at 9:30 a.m., and to exclude time between August 27, 2015, and October 8, 2015, under Local Code T4.  Plaintiff does not oppose this request.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　a.　　The government has produced approximately 2,500 pages of discovery to the defense.

　　　　b.　　The government and defense have been negotiating a settlement in this case which

1

has involved the disclosure of mitigation documentation by the defense and a substantive face to face meeting.

  c. Defense counsel and defendant have actively been working on attempting to settle the case.  However, the defense counsel needs additional time to have further discussions with the Government and his client.

  d. Counsel for defendant believes that failure to grant the above-requested continuance would deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e. The government does not object to the continuance.

  f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 27, 2015, to October 8, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**(THIS SPACE INTENTIONALLY LEFT BLANK)**

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: August 25, 2015

/s/ Jared Dolan
Jared Dolan
Assistant United States Attorney

DATED: August 25, 2015

/s/ Scott Cameron
SCOTT N. CAMERON
Counsel for HEATHER MOSES

**O R D E R**

IT IS SO FOUND AND ORDERED this 25th day of August, 2015.

_____
Troy L. Nunley
United States District Judge